IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERSOLUTIONS, INC., )<br>DREW GOLIN, )<br>SARAH WALDER, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 1:06-cv-02032-EGS |

**UNCONTESTED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING**

Defendants InterSolutions, Inc., Drew Golin, and Sarah Walder (collectively referred to as "Defendants"), by and through undersigned counsel, hereby move this Court to extend the time period to file a responsive pleading in response to Plaintiff Chanel Cryer's, on behalf of herself and all others similarly situated (collectively referred to as "Plaintiffs"), Complaint.

Defendants have conferred with Plaintiffs' counsel, and Plaintiffs do not object to Defendants' Motion to extend the deadline to file a first responsive pleading to January 25, 2007. Defendants' counsel was recently retained by the Defendants, and are currently working with Defendants to develop a responsive pleading. In filing this uncontested Motion, Defendants do not waive any defenses, and reserve the right to raise all potentially applicable defenses in their first responsive pleading.

WHEREFORE, Defendants move this Court to extend the Defendants' deadline for filing a responsive pleading to January 25, 2007.

Respectfully submitted,


\_\_\_/s/_____
Manesh K. Rath (D.C. Bar No. 457835)
*rath@khlaw.com*
Jeremy W. Brewer (D.C. Bar No. 488670)
*brewer@khlaw.com*

Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646

Counsel for Defendants

**CERTIFICATE OF SERVICE**

       I HEREBY certify that on December 12, 2006, a copy of the foregoing was served by CM/ECF software to:

Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax.: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
    Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiffs
Chanel Cryer, et al.

                                                              _____/s/_____
                                                                Manesh K. Rath, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANEL CRYER, et al.,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Case No.: 1:06-cv-02032-EGS |
| ) | |
| INTERSOLUTIONS, INC.,       ) | |
| DREW GOLIN,       ) | |
| SARAH WALDER,       ) | |
| ) | |
| Defendants.       ) | |
| _____) | |

**(PROPOSED) ORDER**

Upon consideration of Defendants' Uncontested Motion for Extension of Time to File a Responsive Pleading ("Motion"), it is hereby

**ORDERED** this _____ day of _____, 2006 that the Motion is **GRANTED**. Accordingly, it is further

**ORDERED** that Defendants shall file their first responsive pleading no later than January 25, 2007.

**SO ORDERED.**

_____             _____
Date                                              Judge Emmet G. Sullivan