U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Chanel Cryer

vs.

Intersolutions, Inc., et al.

No. 1:06CV02032 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-03-1974.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 8:39 am on November 30, 2006, I served Sarah Walder at 1331 North Carolina Avenue, NE, Washington, DC 20002 by serving Sarah Walder, personally. Described herein:

```
    SEX-    FEMALE
    AGE-    35
 HEIGHT-    5'6"
   HAIR-    BROWN
 WEIGHT-    130
   RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  11-30-06
            Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 180414