AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CHANEL CRYER
108 West Mill Avenue
Capitol Heights, Maryland 20743,
On behalf of herself and all others
similarly situated,

**SUMMONS IN A CIVIL CASE**

V.

INTERSOLUTIONS, INC.,

DREW GOLIN,
  and
SARAH WALDER.

CASE NUMBER  1:06CV02032

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 11/29/2006

TO: (Name and address of Defendant)

INTERSOLUTIONS, INC.
1418 Pennsylvania Avenue, S.E.
Washington, D.C. 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 29 2006

CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 12-01-06 |
| NAME OF SERVER (PRINT) James M. Loots | TITLE Registered Agent |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service accepted and acknowledged by undersigned as registered agent for Defendant Smartraders, Inc.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL 0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-01-06
             Date            Signature of Server

James M Loots
Law Offices of James M Loots PC
PO Box 76852
Washington DC 20013-6852

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.