A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Cryer, et al.                                   )
             Plaintiff(s)      )      **APPEARANCE**
                       )
                       )
           vs.               )      CASE NUMBER    06-02032
                       )
Intersolutions, Inc., et al.                   )
            Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  <u>Carolyn P. Weiss</u>      as counsel in this
                               (Attorney's Name)

case for:  <u>Chanel Cryer, James Byrd, Jonathan Cashwell, Marc Inman</u>
                          (Name of party or parties)

| | |
|---|---|
| January 11, 2007 | *Carolyn P. Weiss* (signature) |
| Date | Signature |
| | Carolyn P. Weiss |
| | Print Name |
| 480697 | 11 Dupont Circle, NW, Suite 400 |
| BAR IDENTIFICATION | Address |
| | Washington, D.C.    20036 |
| | City        State        Zip Code |
| | 202-319-1000 |
| | Phone Number |