IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHANEL CRYER )
108 West Mill Avenue )
Capitol Heights, Maryland 20743, )
 )
JAMES BYRD )
5042 S. 9th St. )
Arlington, VA 22204, )
 )
JONATHAN CASHWELL )
2611 Douglass Rd. #101, SE )
Washington, D.C. 20020, ) Case No. 06-02032 (EGS)
 )
MARC INMAN )
6705 Esslog St. )
Capitol Heights, MD 20743, )
On behalf of themselves and all others )
similarly situated, )
 )
       Plaintiffs, )
v. )
INTERSOLUTIONS, INC. )
1418 Pennsylvania Avenue, S.E. )
Washington, D.C. 20003, )
 )
DREW GOLIN )
1331 North Carolina Avenue, N.E. )
Washington, D.C. 20002, )
 )
SARAH WALDER )
1331 North Carolina Avenue, N.E. )
Washington, D.C. 20002, )
 )
       Defendants. )
 )

## CONSENT TO ACT AS PLAINTIFF

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on my own behalf and on behalf of all persons similarly situated.

Dated: 1/17/07

_____
CHANEL CRYER