AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Cryer, et al. )
       Plaintiff(s) )
        ) **APPEARANCE**
        )
       vs. ) CASE NUMBER   06-02032
        )
Intersolutions, Inc., et al. )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Susan E. Huhta__ as counsel in this
                        (Attorney's Name)

case for:   __Chanel Cryer, James Byrd, Jonathan Cashwell, Marc Inman__
                        (Name of party or parties)

January 12, 2007
Date

*/s/ Susan E. Huhta*
Signature

480697
BAR IDENTIFICATION

Susan E. Huhta
Print Name

11 Dupont Circle, NW, Suite 400
Address

Washington, D.C.     20036
City     State     Zip Code

202-319-1000
Phone Number