IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER<br>108 West Mill Avenue<br>Capitol Heights, Maryland 20743,<br><br>JAMES BYRD<br>5042 S. 9th St.<br>Arlington, VA 22204,<br><br>JONATHAN CASHWELL<br>2611 Douglass Rd. #101, SE<br>Washington, D.C. 20020,<br><br>MARC INMAN<br>6705 Esslog St.<br>Capitol Heights, MD 20743,<br>On behalf of themselves and all others<br>similarly situated,<br><br>       Plaintiffs,<br>v.<br>INTERSOLUTIONS, INC.<br>1418 Pennsylvania Avenue, S.E.<br>Washington, D.C. 20003,<br><br>DREW GOLIN<br>1331 North Carolina Avenue, N.E.<br>Washington, D.C. 20002,<br><br>SARAH WALDER<br>1331 North Carolina Avenue, N.E.<br>Washington, D.C. 20002,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-02032 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT TO ACT AS PLAINTIFF

Pursuant to 29 U.S.C. §216(b), I consent to act as a plaintiff in this case, both on my own behalf and on behalf of all persons similarly situated.

Dated: __1/18/06__     _____
                                              JONATHAN CASHWELL