AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Chanel Cryer, on behalf of herself and
all others similarly situated,             )
    Plaintiff(s)       )  APPEARANCE
                       )
                       )
    vs.                )  CASE NUMBER   1:06-cv-02032-EGS
                       )
Intersolutions, Inc., et al.               )
    Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Adam M. Chud__ as counsel in this
         (Attorney's Name)

case for: __Plaintiffs__
   (Name of party or parties)

__January 11, 2007__
Date

_[signature]_
Signature

__468443__
BAR IDENTIFICATION

ADAM CHUD
Print Name

Goodwin Procter LLP, 901 NY Ave, NW.
Address

Washington, DC 20001
City  State  Zip Code

202-346-4000
Phone Number