IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, ET AL.,           )<br>                                                     )<br>          Plaintiffs,                    )<br>                                                     )<br>v.                                                )   Case No. 06-02032 (EGS)<br>                                                     )<br>INTERSOLUTIONS, INC.,         )<br>DREW GOLIN, and                  )<br>SARAH WALDER                     )<br>                                                     )<br>          Defendants.                 )<br>_____) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS COUNT II**

　　　　Plaintiffs respectfully move for an Order extending to February 22, 2007 the deadline to respond to defendants' "Motion to Dismiss Count II of Plaintiffs' Amended Complaint" [ECF Document 13].  The grounds in support of this Unopposed Motion are as follows:

　　　　1.　　Defendants filed their Motion on January 25, 2007, and plaintiffs' response thereto is currently due to be filed by February 8.

　　　　2.　　The parties have scheduled a meeting for February 8, to discuss a potential amicable resolution of this matter.

　　　　3.　　Counsel for the parties have conferred and agreed that, in light of the upcoming meeting, plaintiffs should focus their efforts in the short interim period on preparing for the meeting rather than preparing their response to defendants' Motion.

　　　　4.　　If the February 8 discussions are not fruitful, plaintiffs will prepare and file their response to defendants' Motion.  The parties agreed that February 22 – which is ten (10)

business days after February 8 – is a reasonable deadline for the filing of such response, if necessary.

 5. InterSolutions' counsel, Manesh Rath, has stated that InterSolutions does not oppose the relief that plaintiffs now request.

 6. A proposed Order is attached hereto.

Dated: January 31, 2007

        Respectfully submitted,


        _____//s//_____
        Thomas J. Mikula (D.C. Bar No. 396105)
        Adam M. Chud (D.C. Bar No. 468443)
        Sarah S. Keast (D.C. Bar No. 493632)
        Goodwin Procter LLP
        901 New York Avenue, N.W.
        Washington, D.C.  20001
        Tel.: (202) 346-4000
        Fax:  (202) 346-4999

        Susan E. Huhta (D.C. Bar No. 453478)
        Carolyn P. Weiss (D.C. Bar No. 480697)
        Washington Lawyers' Committee for
         Civil Rights and Urban Affairs
        11 Dupont Circle, N.W., Suite 400
        Washington, D.C.  20036
        Tel.: (202) 319-1000
        Fax:  (202) 319-1010

        *Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHANEL CRYER, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 06-02032 (EGS) |
| | ) | |
| INTERSOLUTIONS, INC., | ) | |
| DREW GOLIN, and | ) | |
| SARAH WALDER | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER**

The Court, having considered plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Count II, hereby ORDERS:

1.  that the Motion is GRANTED; and

2.  that plaintiffs' response to defendants' "Motion to Dismiss Count II of Plaintiffs' Amended Complaint" is due to be filed on or before February 22, 2007.

It is SO ORDERED this _____ day of _____, 2007.

                                                                    _____
                                                                    Emmet G. Sullivan
                                                                    United States District Court Judge

- 3 -