A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CHANEL CRYER, et al.

       Plaintiff(s)  )  APPEARANCE
                                      )
                                      )
        vs.  )  CASE NUMBER  06-02032
INTERSOLUTIONS, INC., et al.  )
                                      )
      Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Thomas J. Mikula   as counsel in this
                                    (Attorney's Name)

case for:   Chanel Cryer, the Class, and the Maryland Subclass
                               (Name of party or parties)

February 5, 2007  
Date  
                                                              Signature

                                                           Thomas J. Mikula
                                                           Print Name

396015  
BAR IDENTIFICATION  
                                                          901 New York Avenue, N.W.
                                                          Address

                                                           Washington, D.C.   20001
                                                          City        State        Zip Code

                                                           (202) 346-4125
                                                           Phone Number