IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-02032-EGS |
| ) | |
| INTERSOLUTIONS, INC., ) | |
| DREW GOLIN, ) | |
| SARAH WALDER, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION,
ISSUANCE OF NOTICE AND AN ORDER FOR CERTAIN DISCOVERY**

Defendants InterSolutions, Inc., Drew Golin, and Sarah Walder (collectively referred to as "Defendants"), by and through undersigned counsel, hereby move this Court for an extension of time to file an Opposition to Plaintiffs Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman (collectively referred to as "Plaintiffs"), Motion for Conditional Class Certification, Issuance of Notice and an Order for Certain Discovery ("Motion for Conditional Certification")(Document No. 18).

On February 21, 2007, Plaintiffs filed their Motion for Conditional Certification. (Document No. 18)  Under Local Rule 7(b), Defendants have eleven (11) days, or until February 27, 2007, to file a Memorandum of Points and Authorities in Opposition to the Plaintiffs Motion for Class Certification.  The Defendants conferred with Plaintiffs' on February 21, 2007 on the substance of this Motion.  Defendants requested that Plaintiffs consent to a minimal extension of time to file an Opposition to Plaintiffs' Motion for Class Certification, and Plaintiffs' counsel

responded that it does not consent to this Motion without a tolling agreement on the statute of limitations.  Defendants hereby move this Court to grant an extension of twenty-one (21) days, or until March 20, 2007, to file an Opposition to Plaintiffs' Motion for Class Certification under Local Rule 7(b).  The grounds for this Motion are set forth in more detail in the accompanying Memorandum In Support of this Motion, which is incorporated herein by reference.

    WHEREFORE, Defendants move this Court to extend the Defendants' deadline for filing an Opposition to Plaintiffs Motion for Class Certification pursuant to Local Rule 7(b) to March 21, 2007.

    Respectfully submitted,

    __/s/_ Manesh K. Rath_____
Manesh K. Rath (D.C. Bar No. 457835)
*rath@khlaw.com*
Jeremy W. Brewer (D.C. Bar No. 488670)
*brewer@khlaw.com*

Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

      I HEREBY certify that on February 22, 2007, a copy of the foregoing was served by CM/ECF software to:

    Thomas J. Mikula (D.C. Bar No. 396105)
    Adam M. Chud (D.C. Bar No. 468443)
    Sarah S. Keast (D.C. Bar No. 493632)
    Goodwin Procter LLP
    901 New York Avenue, N.W.
    Washington, D.C. 20001
    Tel.: (202) 346-4000
    Fax.: (202) 346-4999

    Susan E. Huhta (D.C. Bar No. 453478)
    Carolyn P. Weiss (D.C. Bar No. 480697)
    Washington Lawyers' Committee for
        Civil Rights and Urban Affairs
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C. 20036
    Tel.: (202) 319-1000
    Fax.: (202) 319-1010

    Counsel for Plaintiffs
    Chanel Cryer, et al.

                                      __/s/_ Manesh K. Rath_____
                                      Manesh K. Rath, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-02032-EGS |
| ) | |
| INTERSOLUTIONS, INC., ) | |
| DREW GOLIN, ) | |
| SARAH WALDER, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO**
**PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION,**
**ISSUANCE OF NOTICE AND AN ORDER FOR CERTAIN DISCOVERY**

Defendants InterSolutions, Inc., Drew Golin, and Sarah Walder (collectively referred to as "Defendants"), by and through undersigned counsel, hereby file this Memorandum in Support of their Motion to Extension of Time to File an Opposition to Plaintiffs Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman, on behalf of themselves and all others similarly situated (collectively referred to as "Plaintiffs"), Motion for Conditional Class Certification, Issuance of Notice and an Order for Certain Discovery ("Motion for Conditional Certification")(Document No. 18).

**I.     Background and Summary.**

On February 21, 2007, Plaintiffs filed their Motion for Conditional Certification. (Document No. 18)  Under Local Rule 7(b), Defendants have eleven (11) days, or until February 27, 2007, to file a Memorandum of Points and Authorities in Opposition to the Plaintiffs Motion for Class Certification.  The Defendants conferred with Plaintiffs' on February 21, 2007 on the

substance of this Motion.  Defendants requested that Plaintiffs consent to a minimal extension of time to file an Opposition to Plaintiffs' Motion for Class Certification, and Plaintiffs' counsel responded that it does not consent to this Motion without a tolling agreement on the statute of limitations.  Defendants hereby submit this Memorandum in Support of its Motion for Extension of Time of twenty-one (21) days, or until March 20, 2007, to file an Opposition to Plaintiffs' Motion for Class Certification under Local Rule 7(b).

## II.     Plaintiffs and Defendants Have Granted Similar Requests.

On two occasions in this litigation, the parties have agreed to extensions of time to file responsive pleadings or oppositions.

On December 12, 2006, the Defendants filed a Consent Motion for an extension of time to file a responsive pleading to the Plaintiffs' Complaint in this matter.  (Document No. 3.)  The Plaintiffs agreed to an extension of thirty (30) days to file a responsive pleading in this matter.  On December 13, 2006, this Court entered a Minute Order granting that extension.

Similarly, on January 31, 2007, the Plaintiffs requested an extension of time to file an Opposition to Defendants' Motion to Dismiss Count II of the Plaintiffs' Amended Complaint.  (Document No. 14.)  In that instance, the Plaintiffs requested an additional twenty-two (22) days to file an Opposition.  (Document No. 14.)  In that instance, the Defendants did not oppose Plaintiffs request for a reasonable extension of time in filing an Opposition.  On January 31, 2007, this Court entered a Minute Order granting that Motion for an extension of time to file an Opposition to Defendants' Motion to Dismiss.

Despite the willingness of both parties to amicably grant such extensions in the past, the Plaintiffs have now opposed Defendants' request for an extension of time to file an Opposition out of a stated concern for the employees' statutes of limitations.  This is inconsistent with Plaintiffs' prior position on such requests.

Plaintiffs counsel has already agreed to longer extensions than the one currently before this Court. Plaintiffs counsel have already requested longer extensions that the one currently before this Court. Any current position by the Plaintiffs' counsel that a statute of limitations could prejudice potential collective action participants is plainly contradicted by Plaintiffs' counsel's own willingness to grant - and request - similar extensions in the past.

Given the both parties' prior positions on reasonable extensions, this Court should grant the Defendants' reasonable request for a twenty-one (21) day extension to file its Opposition to Plaintiffs' Motion for Class Certification pursuant to Local Rule 7(b).

### III. Defendants Request is Reasonable and Will Not Cause the Plaintiffs Prejudice or Undue Delay.

#### A. Plaintiffs have already filed three separate lawsuits against the Defendants.

Plaintiffs counsel, the Washington Lawyers' Committee for Civil Rights and Urban Affairs, have already filed three lawsuits against the Defendants.[1]

All three suits are currently pending before this Court, and have Motions and other pleadings pending. Given the amount of claims pending against the Defendants, a small extension of time to file an Opposition to Plaintiffs' Motion for Class Certification is certainly reasonable and warranted. Furthermore, Plaintiffs' Motion for Class Certification is a complex Motion, with many legal and factual considerations that Defendants must weigh in crafting an Opposition.

#### B. One of Defendants' counsel of record will no longer be available as of March 9, 2007.

One of Defendants' two counsel of record, Jeremy Brewer, will no longer be available as of March 9, 2007. While Defendants' other counsel can and will add additional counsel to help

---

[1] *Cryer et al. v. InterSolutions, Inc. et al.*, Case No. 06-cv-02032 (EGS); *Wells et al. v. InterSolutions, Inc. et al.*, Case No. 06-cv-02033 (EGS); *Green v. InterSolutions, Inc.* Case No. 07-cv-00298 (EGS).

3

support Defendants' defense in all three claims, some reasonable amount of time is reasonable to transition these cases. Given that Plaintiffs' counsel have filed three lawsuits, a reasonable extension of 21 days to file an Opposition is warranted.

### C.     Defendants request will not prejudice the Plaintiffs.

Defendants' are only requesting an extension of 21 days to file their Opposition. Defendants' request for an extension is for a *de minimis* amount of time, and any potential for prejudice to the Plaintiffs would also be, at worst, *de minimis*. Furthermore, as stated earlier, any arguments that potential plaintiffs will be prejudiced by an extension because of a statute of limitations is plainly inconsistent with Plaintiffs' counsel's prior willingness to grant and request extensions in this same case.

WHEREFORE, Defendants move this Court to extend the Defendants' deadline for filing an Opposition to Plaintiffs Motion for Class Certification to March 21, 2007.

Respectfully submitted,

\_\_/s/\_ Manesh K. Rath_____
Manesh K. Rath (D.C. Bar No. 457835)
*rath@khlaw.com*
Jeremy W. Brewer (D.C. Bar No. 488670)
*brewer@khlaw.com*

Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646

Counsel for Defendants

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on February 22, 2007, a copy of the foregoing was served by CM/ECF software to:

Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax.: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiffs
Chanel Cryer, et al.

              __/s/_ Manesh K. Rath_____
              Manesh K. Rath, Esq.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANEL CRYER, et al.,            )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>    v.                                    )<br>                                              )<br>INTERSOLUTIONS, INC.,     )<br>DREW GOLIN,                      )<br>SARAH WALDER,               )<br>                                              )<br>            Defendants.           )<br>_____) | Case No.: 1:06-cv-02032-EGS |

## **(PROPOSED) ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File an Opposition to Plaintiffs' Motion for Conditional Class Certification, Issuance of Notice and Order for Certain Discovery ("Motion"), it is hereby

**ORDERED** this _____ day of _____, 2007 that the Motion is **GRANTED**. Accordingly, it is further

**ORDERED** that Defendants shall file their Opposition to Plaintiffs Motion for Conditional Class Certification no later than March 20, 2007.

**SO ORDERED.**

_____                    _____
Date                                                    Judge Emmet G. Sullivan