**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANEL CRYER, | ) |
| | ) |
| JAMES BYRD, | ) |
| | ) |
| JONATHAN CASHWELL, | ) |
| | ) |
| MARC INMAN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-02032-EGS |
| | ) |
| INTERSOLUTIONS, INC., | ) |
| DREW GOLIN, | ) |
| SARAH WALDER, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

PLEASE TAKE NOTICE THAT Jeremy W. Brewer, pursuant to D.C. District Court Local Civil Rule 83.6(b), withdraws his appearance on behalf of Defendants InterSolutions, Inc., Drew Golin and Sarah Walder ("Defendants"). No trial date has been set in this proceeding. Manesh K. Rath, and the law firm of Keller and Heckman LLP, shall otherwise continue to represent Defendants in this litigation.

Respectfully submitted,

__/s/_Jeremy W. Brewer_____
Manesh K. Rath (D.C. Bar No. 457835)
*rath@khlaw.com*
Jeremy W. Brewer (D.C. Bar No. 488670)
*brewer@khlaw.com*

Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001
Tel: (202) 434-4182
Fax: (202) 434-4646

Counsel for Defendants


  /s/ John Wagithuku
John Wagithuku
Chief Executive Officer
InterSolutions, Inc.
1418 Pennsylvania Avenue, S.E.
Washington, DC 20003

  /s/ Sarah Walder
Sarah Walder


  /s/ Drew Golin
Drew Golin

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on March 7, 2007, a copy of the foregoing was served by CM/ECF software to:

Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax.: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
      Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiffs
Chanel Cryer, et al.

                                                       /s/ Jeremy W. Brewer