IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, JAMES BYRD, JONATHAN CASHWELL, and MARC INMAN, On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTERSOLUTIONS, INC., DREW GOLIN, and SARAH WALDER, <br><br> Defendants. | Case No. 06-02032 (EGS) |

## MOTION FOR A STATUS CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a), plaintiffs hereby request that the Court schedule a status conference in this action as expeditiously as the Court's calendar permits.

This action was initiated on November 29, 2006. To date, there have been no status conferences. There are several pending motions, including defendants' motion to dismiss count two of the amended complaint (docket entry #13); plaintiffs' motion for conditional certification of the federal collective action (docket entry #18); and plaintiffs' motion for an extension of time for filing for certification of a Rule 23 class (docket entry #24). Plaintiffs' motion for conditional certification of the collective action in particular is of real urgency because the statute of limitations continues to run on the proposed class members' claims until they affirmatively opt in to the action.

A status conference should therefore be scheduled in order to permit the parties and the Court to discuss the status of this action, including which pending motions are of highest

priority; whether defendants should be required to answer the Amended Complaint even though they have sought to dismiss the Rule 23 class allegations; when the parties should make initial disclosures; when the parties should make an initial scheduling proposal to the Court; and when discovery should commence.

Plaintiffs' counsel has conferred with counsel for defendants. Counsel for defendants stated that defendants will oppose this motion.

DATED:  March 26, 2007

Respectfully submitted,

_____//s//_____
Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel.: (202) 346-4000
Fax:  (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
   Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036
Tel.: (202) 319-1000
Fax:  (202) 319-1010

*Counsel for Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman*