```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
```

|                                    |   |                                |
|------------------------------------|---|--------------------------------|
| CHANEL CRYER, *et al.*,            | ) |                                |
|                                    | ) |                                |
|             Plaintiffs,            | ) |                                |
|                                    | ) |                                |
|       v.                           | ) | Civil Action No. 06-2032 (EGS) |
|                                    | ) |                                |
| INTERSOLUTIONS, INC., *et al.*,    | ) |                                |
|                                    | ) |                                |
|             Defendants.            | ) |                                |

## ORDER

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that a plaintiff collective action class is conditionally certified that is comprised of all persons who are or have been employed by InterSolutions as temporary employees and who worked more than forty (40) hours during any given work week between May 1, 2004 and the present.

It is **FURTHER ORDERED** that the parties shall file a joint proposed final collective action notice with the Court by **April 20, 2007.** If the parties cannot agree on the format and substance for the joint notice, the parties are to submit separate proposed notices by **April 20, 2007.** The date of the notice shall be **May 1, 2007** and the deadline by which potential class members must opt in to the lawsuit shall be ninety days from the date of the notice or **July 30, 2007.**

It is **FURTHER ORDERED** that the parties shall file with the Court by **April 20, 2007** a joint proposed order, or if necessary separate proposed orders, addressing, at a minimum, the following: (1) who is responsible for mailing the Court approved notice to potential class members; (2) a deadline for mailing notices; (3) a procedure for handling mail that is returned to plaintiffs' counsel as undeliverable; (4) a procedure and schedule by which plaintiffs will notify defendants of opt-in forms received and undeliverable mail received; (5) a procedure and deadline for providing copies of opt-in forms and envelopes from undeliverable mail to defendants; and (6) a deadline for filing copies of the opt-in consent forms with the Court.

It is **FURTHER ORDERED** that defendants shall produce to plaintiffs the names and last known addresses of all current and former InterSolutions temporary employees who fall within the class identified above by no later than **April 20, 2007.**

It is **FURTHER ORDERED** that a status conference is scheduled for **April 24, 2007 at 2:00 p.m.**

Any requests to extend any of the deadlines in this Order will be viewed with disfavor.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            April 7, 2007**