UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHANEL CRYER, *et al.*,             )
                                    )
            Plaintiffs,             )
                                    )
     v.                             ) Civil Action No. 06-2032 (EGS)
                                    )
                                    )
INTERSOLUTIONS, INC., *et al.*,     )
                                    )
            Defendants.             )
_____)

## ORDER

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that defendants' Motion to Dismiss Count II of Plaintiffs' Amended Complaint is **DENIED;** and it is

**FURTHER ORDERED** that defendants' answer to the First Amended Collective Action and Class Action Complaint is due by no later than **May 14, 2007;** and it is

**FURTHER ORDERED** that plaintiffs' Motion for Extension of Time to File for Class Certification of the Maryland State-Law Claims is **GRANTED;** and it is

**FURTHER ORDERED** that the Court will set a briefing schedule for the motion for class certification after the status hearing on **April 25, 2007 at 3:30 p.m.;** and it is

**FURTHER ORDERED** that plaintiffs shall submit by **April 23, 2007 at 12:00 p.m.** a memorandum of no more than five (5) pages proposing a briefing schedule for the motion for class certification and explaining the precise reasons for why plaintiffs need the amount of time they request to file the motion.  Defendants shall file a response of no more than five (5) pages by **April 24, 2007 at 4:00 p.m.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **April 20, 2007**