IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, ET AL., )<br>On behalf of themselves and all others )<br>similarly situated, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>INTERSOLUTIONS, INC., ET AL., )<br>)<br>Defendants. )<br>_____) | Case No. 06-02032 (EGS)<br>Next event:<br>Status Conference (4/25/07) |

**NOTICE OF FILING OF PLAINTIFFS' PROPOSED COLLECTIVE
ACTION NOTICE, CONSENT FORM, AND ORDER**

In its April 7, 2007 Order, the Court ordered the parties to confer in order to (a) prepare a joint proposed Order or, if the parties could not agree, separate proposed Orders, concerning issues related to giving notice to potential members of the collective-action class that the Court has conditionally certified, and (b) prepare a joint proposed Notice or, if the parties could not agree, separate proposed Notices, to potential members of the collective-action class.

The parties exchanged drafts of proposed Orders and Notices, and they met telephonically on April 19 to discuss the proposals. During that conversation, both sides recognized that the proposals were fundamentally different with respect to several basic issues, such that it would not be possible to submit to the Court a single Notice or proposed Order on which both sides could agree. In short, plaintiffs' overarching objection is that defendants' proposals would discourage individuals from opting into the class and erect needless hurdles to their doing so, which is fundamentally at odds with both the Court's Order recognizing that conditional certification is appropriate and the purpose of notice and collective actions, which is to provide a fair opportunity for putative class members to assert their rights.

The Court did not request briefing from the parties on the differences between the proposed submissions, and therefore we will not detail all of the disagreements or present argument as to them now. If the Court has questions about particular issues, we will be prepared to discuss them at the April 25 Status Conference.

Therefore, plaintiffs hereby notify the Court that they are filing herewith their proposed (a) Order Concerning Collective Action Notice, (b) Notice of Lawsuit Against InterSolutions, Inc. Seeking Overtime Pay for Temporary Employees, and (c) Notice of Consent.

DATED: April 20, 2007

                                        Respectfully submitted,

_____//s//_____
Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
   Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax: (202) 319-1010

*Counsel for Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman*

LIBW/1626259.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, et al.<br>    Individually and on behalf of all<br>    others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERSOLUTIONS, INC.,<br>DREW GOLIN, and<br>SARAH WALDER,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-02032 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**(PROPOSED) ORDER CONCERNING COLLECTIVE ACTION NOTICE**

The Court hereby ORDERS as follows:

1.  On May 1, 2007, plaintiffs shall mail to potential class members the "Notice of Lawsuit Against InterSolutions, Inc. Seeking Overtime Pay for Temporary Employees" (the "Notice") and a Notice of Consent.

2.  The outside of the envelope to be mailed to class members shall state in red or blue ink: "Important Communication From Federal Court Regarding Your Legal Rights; Please Read; Do Not Throw Away."

3.  With respect to current InterSolutions employees to whom Notices are mailed, InterSolutions shall also provide a copy of the Notice and Notice of Consent to such individuals in every paycheck provided to them during the months of May, June, and July 2007;

4.  On at least a weekly basis, plaintiffs shall file with the Court via the ECF system copies of the Notices of Consent, which shall thereby be provided to defendants;

5. In order to be included in the collective action class, Notices of Consent are due to be postmarked on or before July 30, 2007, with the exception of exceptional circumstances as the Court may deem appropriate (for example, where an individual is unable to submit a Notice of Consent by July 30, 2007, due to illness or military service, or as provided by section 6(d) below);

6. Notices that are returned to plaintiffs' counsel as undeliverable will be handled as follows:

    a. plaintiffs' counsel shall promptly notify defendants' counsel of any Notice returned as undeliverable;

    b. within three (3) days after being notified that any Notice has been returned as undeliverable, defense counsel will provide any updated address in the possession, custody, or control of any of the defendants for the individual whose Notice has been returned, along with the individual's social security number and last-known telephone number;

    c. plaintiffs' counsel will re-mail the Notice within seven (7) days after receiving the updated address and/or social security number from defense counsel, utilizing any new address that they obtain from defense counsel or from other means (including address searches based on the social security number);

    d. an individual who receives a Notice that is re-mailed may opt into the class within 90 days after the re-mailing date;

7. By 5:00 p.m. every other Friday starting May 11, 2007, plaintiffs' counsel shall send defense counsel PDF imagines of envelopes from any undeliverable mail returned to Plaintiffs since the prior transmission;

8.	The parties shall file with the Court a joint list of all individuals who have submitted Notices of Consent by Friday, August 31, 2007 (with the exception of individuals who are deemed exceptional circumstances as noted in paragraph 5 above); and

9.	Neither defendants nor their counsel may contact any potential class member in order to urge them not to file a Notice of Consent, or to otherwise discuss the lawsuit or opt-in process with such potential class members.  If any potential class members seek information from defendants or defense counsel regarding the lawsuit or the Notice, such inquiries shall be directed to plaintiffs' counsel as stated in the Notice.

It is SO ORDERED this _____ day of _____, 2007.

_____
Judge Emmet G. Sullivan
United States District Judge

LIBW/1626069.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHANEL CRYER, et al. | ) | |
|     Individually and on behalf of all | ) | |
|     others similarly situated, | ) | |
| | ) | |
|         Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 06-02032 (EGS) |
| | ) | |
| INTERSOLUTIONS, INC., | ) | |
| DREW GOLIN, and | ) | |
| SARAH WALDER, | ) | |
| | ) | |
|         Defendants. | ) | |
| _____ | ) | |

**NOTICE OF LAWSUIT AGAINST INTERSOLUTIONS, INC.
SEEKING OVERTIME PAY FOR TEMPORARY EMPLOYEES**

*A Court has authorized this Notice.  This is not an advertisement.  Please review this Notice carefully, as it details certain legal rights that you may have.*

This Notice is to inform you of your right to join a lawsuit filed against InterSolutions, Inc., Drew Golin, and Sarah Walder.  The lawsuit seeks to recover unpaid overtime that may be owed to current and former temporary employees of InterSolutions.  If you wish to join this suit, you must complete and return the attached Notice of Consent to the address indicated below, postmarked by **July 30, 2007**.

*You may participate in this lawsuit even if you have recently received checks from InterSolutions purporting to pay you for unpaid overtime.  Those checks may not have provided all of the unpaid overtime or other payments to which you may be entitled.*

**What This Lawsuit Is About**

The Complaint in this lawsuit alleges that InterSolutions failed to pay its temporary employees overtime.  It claims that InterSolutions did not pay the full time-and-a-half the regular rate of pay for all hours worked over 40 in one week, and that this conduct violates federal law.  The Complaint also claims that InterSolutions' conduct was willful and intentional, and seeks to recover for the temporary employees all money to which they are entitled.

As a current or former InterSolutions temporary employee, you have been identified as an individual who may be entitled to seek overtime pay in this lawsuit.  The proposed class in this action is defined as:  "all persons who are or have been employed by InterSolutions as temporary

employees and who worked more than forty (40) hours during any given work week between May 1, 2004 and the present."

### Protection Against Retaliation

Federal law forbids InterSolutions from retaliating or discriminating against you in any way if you decide to join this lawsuit.

### How To Join This Lawsuit

Enclosed with this Notice are a Notice of Consent and an envelope addressed to the attorneys who represent the Plaintiffs.  **If you decide to join in this lawsuit, you must complete and sign the Notice of Consent form, postmarked on or before July 30, 2007 and mail it to:**

>Sarah Keast, Esq.
>Goodwin Procter LLP
>901 New York Avenue, N.W.
>Washington, D.C.  20001

**If your Notice of Consent is postmarked after July 30, 2007, you will not be allowed to join this lawsuit.**

### The Legal Effect of Joining or Not Joining This Lawsuit

If you decide to join this lawsuit, you will be bound by any judgment entered by the Court.  While this lawsuit is proceeding, you may have to answer written questions under oath, or to give sworn testimony.  **Under no circumstances will you be personally responsible for paying any attorneys' fees or costs.**

If you do not join in this lawsuit, you will not be entitled to any money that the Court may award if the plaintiffs prevail.

### Further Information Is Available

If you have any questions, please contact one of the plaintiffs' attorneys identified below, who will represent you if you decide to join the lawsuit.  Do **not** contact the Court.

| | |
|---|---|
| Carolyn Weiss | Sarah Keast |
| Washington Lawyers' Committee | Goodwin Procter LLP |
| For Civil Rights and Urban Affairs | 901 New York Avenue, N.W. |
| 11 Dupont Circle, NW, Ste. 400 | Washington, D.C.  20001 |
| Washington, D.C. 20036 | (202) 346-4000 |
| (202) 319-1000 | |

2

### The Court Has Not Yet Made Any Decisions About the Merits of Plaintiffs' Claims

This Notice is issued to inform potential class members of their right to participate in this case. Although the Court has approved this Notice, it has not yet made any decision as to the merits of the claims and defenses of each party.

_____
Judge Emmet G. Sullivan
United States District Judge

LIBW/1620927.3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, ET AL.<br>    Individually and on behalf of all<br>    others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERSOLUTIONS, INC., ET AL.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-02032 (EGS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CONSENT

I hereby consent to join as a class member in this lawsuit. I agree to be represented in this lawsuit by the attorneys who represent the plaintiffs in this case.

I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court.

Name: _____

Address: _____

_____

_____

Telephone: _____

Signature: _____

Date: _____

**NOTE: For this form to be valid, it must be postmarked by <u>July 30, 2007</u>.**

**Please mail the completed form to:**
**Sarah Keast, Esq.**
**Goodwin Procter, LLP**
**901 New York Avenue, N.W.**
**Washington, D.C. 20001.**