**NOTICE OF LAWSUIT AGAINST INTERSOLUTIONS, INC.,
SEEKING OVERTIME PAY FOR TEMPORARY EMPLOYEES**

TO: All persons who are or have been employed by InterSolutions as temporary employees and who worked more than forty (40) hours during any given work week between May 1, 2004 and the present.

RE: Fair Labor Standards Act overtime pay claim upon InterSolutions, Inc.

A court has authorized this Notice.

## What This Lawsuit Is About

The Complaint in this lawsuit claims that InterSolutions did not pay the full overtime for all hours worked over 40 in one week, and that this conduct violated federal law. This Notice is issued by the four individuals bringing this action: Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman. As a recipient of this Notice, you have been identified as a person who is or has been employed by InterSolutions as a temporary employee and who worked more than forty (40) hours during any given week since May 1, 2004.

## How To Join This Lawsuit

If you join this lawsuit by responding to this Notice, to prevail you will have to prove in court that InterSolutions owes you overtime pay that it has not already paid you. Please respond to this Notice ONLY if you legitimately believe InterSolutions still owes you overtime pay that you have not already been paid and you can substantiate that belief.

If you do not believe InterSolutions owes you overtime pay, please disregard this Notice. If you decide to join in this lawsuit, you must complete and sign the enclosed Notice of Consent form in the presence of an authorized notary public, have it notarized by that authorized notary public, and mail it, postmarked on or before July 30, 2007, to:

Sarah Keast, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

If your Notice of Consent is postmarked after July 30, 2007, you will not lose your right to file suit independently, but you will not be allowed to join in this lawsuit.

## The Legal Effect of Joining or Not Joining This Lawsuit

If you decide to join this lawsuit, you will be bound by any judgment entered by the Court. If you decide to join this lawsuit, you may be required to answer written questions under oath and/or appear at a deposition to provide sworn testimony under oath. Under no circumstances will you be personally responsible for paying any attorneys' fees or costs. If you

wish to join this lawsuit but do not wish to be represented by the current Plaintiffs' attorneys, you are free to hire the attorney of your choice, in which case you should inform the attorney listed in this Notice of your intent to do so.

### **Further Information Is Available**

If you have any questions, please contact:

Sarah Keast, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 319-1000

Do **not** contact the Court.

### **The Court Has Not Yet Made Any Decisions About the Merits of Plaintiffs' Claims**

This Notice is issued at the request of the plaintiffs, Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman, to inform potential opt-in plaintiffs of their right to participate in this lawsuit. Although the Court has approved this Notice, it has not yet made any decision as to the merits of the claims and defenses of each party.

Date: May 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-02032-EGS |
| ) | |
| INTERSOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **(PROPOSED) ORDER**

In accordance with the Final Collective Action Notice of **May 1, 2007,** it is hereby

**ORDERED** that Plaintiffs shall bear all costs of mailing and processing the Final Collective Action Notice ("Notice") to potential class members.

It is **FURTHER ORDERED** that Plaintiffs shall mail the Notice to potential class members on or after **May 1, 2007**.

It is **FURTHER ORDERED** that by producing to Plaintiffs the names and last known addresses of all current and former InterSolutions employees who meet the definition of the collective action class, Defendants have discharged their duty under the Court's **April 7, 2007**, Order. Should any mail be returned to Plaintiffs' counsel as undeliverable, Defendants are under no obligation to attempt to locate alternative addresses.

It is **FURTHER ORDERED** that by **5:00 p.m. every Friday from May 11, 2007, through August 10, 2007**, Plaintiffs counsel shall E-mail to Defendants' counsel:

1. PDF images of all Notices of Consent to Join the Collective Action ("Notices of Consent") received since the previous Friday's transmission. (The **Friday, May 11**, transmission shall include all Notices of Consent received since the initial mailing.)

2. PDF images of the front of all envelopes that contained Notices of Consent received since the previous Friday's transmission. (The **Friday, May 11**, transmission shall include all envelopes that contained Notices of Consent received since the initial mailing.)

3. PDF images of the front of all envelopes returned to Plaintiffs' counsel as undeliverable since the previous Friday's transmission. (The **Friday, May 11**, transmission shall include all envelopes returned to Plaintiffs' counsel as undeliverable since the initial mailing.) If there are no new Notices of Consent, undeliverable mail, or both, Plaintiffs shall so state in the Friday E-mail transmission to Defendants.

It is **FURTHER ORDERED** that Plaintiffs shall submit to Defendants on or by **Friday, August 17**, a list in Microsoft Excel format of the names and addresses of all individuals who submitted Notices of Consent. The spreadsheet shall also include the postmark date of the individual's Notice of Consent.

It is **FURTHER ORDERED** that the parties shall file with the Court a joint final list of Notices of Consent, or if necessary, separate final lists, by **Friday, August 31, 2007**.

It is **FURTHER ORDERED** that all Notices of Consent must comply with the terms set forth in the Final Collective Action Notice.

**SO ORDERED.**

_____                                    _____

Date                                                                              Judge Emmet G. Sullivan

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-02032-EGS |
| | ) |
| INTERSOLUTIONS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF CONSENT TO JOIN THE COLLECTIVE ACTION

By signing this Notice, I consent to join the above-captioned lawsuit as a plaintiff seeking overtime pay that InterSolutions owes me and has not already paid me. I understand that by joining this lawsuit it is my responsibility to prove in a court of law that InterSolutions owes me overtime pay that it has not already paid me, and that I may have to answer written and/or oral questions under oath.

I understand that by joining this lawsuit I will be bound by any judgments rendered by the Court or resolutions to this litigation agreed to by the individual litigants.

_____
Name of party joining lawsuit (please print)


State of _____

County of _____

                                                                _____
                                                                Signature of party joining lawsuit


Subscribed and sworn to or affirmed before me this _____ day of _____, 2007.


_____
Notary Public

My commission expires _____

Seal or stamp must be affixed to each original.