IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, *et al.* ) | |
| ) | Case No. 06-02032 (EGS) |
| Plaintiffs, ) | Next event: |
| v. ) | Status Conference (4/25/07) |
| ) | |
| INTERSOLUTIONS, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF PROPOSED RULE 23 CLASS
CERTIFICATION BRIEFING SCHEDULE**

The Court's April 20, 2007 Order requested that plaintiffs submit a proposed schedule for the briefing on plaintiffs' forthcoming Rule 23 class certification motion concerning the Maryland subclass. Plaintiffs propose the following schedule:

- Scheduling conference: The parties shall hold a Rule 26(f) scheduling conference and make Rule 26(a) disclosures on or before **May 7, 2007**.

- Answer: Defendants' answer is due to be filed on **May 14, 2007** (per the Court's April 20 Order).

- Rule 23 certification motion: Plaintiffs' motion for certification of a Rule 23 class shall be due ninety (90) days from the Rule 26(f) scheduling conference, that is, on or before **August 6, 2007**.

- Rule 23 certification opposition (if any): Any opposition by defendants to the motion for Rule 23 certification shall be due on or before **August 17, 2007**.

- Rule 23 certification reply (if any): Any reply by plaintiffs in support of the motion for Rule 23 certification shall be due on or before **August 24, 2007**.

\*   \*   \*

The Court's April 20, 2007 Order requested that plaintiffs explain why they requested ninety (90) days after the Court ruled on defendants' motion to dismiss the Maryland-law claims in order to seek Rule 23 certification of the Maryland subclass claims. The proposal above reflects a Rule 23 class certification deadline of ninety (90) days after the parties conduct the Rule 26(f) conference, after which plaintiffs will serve their first set of discovery in this action.

Plaintiffs need this amount of time in order to conduct the discovery necessary in order to seek class certification under Rule 23. There has been no discovery in this case. Plaintiffs anticipate needing discovery in order to identify the number of individuals who are likely to be in the class, in order to satisfy the numerosity requirement for class certification. Unless defendants are willing to stipulate to this element, plaintiffs anticipate that determining who is a member of the Maryland subclass could require production of all of defendants' records regarding which employees worked at which job sites, and the number of hours they worked each week. Once those records are produced, they will need to be reviewed.

Plaintiffs may also need discovery in order to show that InterSolutions acted in like manner with respect to the putative class members. This will involve both written discovery and a handful of depositions.

A ninety (90) day period should be sufficient to complete this discovery. That schedule should provide adequate time for plaintiffs to serve discovery, for defendants to respond to the requests, for any motions to compel to be presented to and resolved by the Court, for plaintiffs to review materials produced, and for preparation of the class certification motion and related documents.

Plaintiffs request that this Court enter a briefing schedule in accordance with this Notice.

DATED: April 23, 2007

             Respectfully submitted,


             ____//s//_____
             Thomas J. Mikula (D.C. Bar No. 396105)
             Adam M. Chud (D.C. Bar No. 468443)
             Sarah S. Keast (D.C. Bar No. 493632)
             Goodwin Procter LLP
             901 New York Avenue, N.W.
             Washington, D.C. 20001
             Tel.: (202) 346-4000
             Fax: (202) 346-4999

             Susan E. Huhta (D.C. Bar No. 453478)
             Carolyn P. Weiss (D.C. Bar No. 480697)
             Washington Lawyers' Committee for
               Civil Rights and Urban Affairs
             11 Dupont Circle, N.W., Suite 400
             Washington, D.C. 20036
             Tel.: (202) 319-1000
             Fax: (202) 319-1010

             *Counsel for Chanel Cryer, James Byrd,*
             *Jonathan Cashwell, and Marc Inman*

LIBW/1626296.1