IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERSOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 1:06-cv-02032-EGS |

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
PROPOSED RULE 23 CLASS CERTIFICATION SCHEDULE**

Pursuant to the Court's April 20, 2007, Order, Defendants hereby submit their response to Plaintiffs' Proposed Rule 23 Class Certification Schedule.

1. Briefing schedule for Defendants' motion for leave to appeal the Court's April 20, 2007, Order:

    a. Defendants' motion for leave to appeal the Court's April 20, 2007, Order shall be due **April 30, 2007**.

    b. Plaintiffs' opposition to Defendants' motion for leave to appeal shall be due **May 11, 2007**.

    c. Defendants' reply in support of their motion for leave to appeal shall be due **May 18, 2007**.

    d. If the Court grants Defendants' motion for leave to appeal and should the Court of Appeals agree to hear the appeal, the Rule 23 class proceedings should be stayed pending the appeal's resolution. Defendants may further seek a stay of the entire litigation and may be willing to toll the statute of limitations for the Fair Labor Standards Act collective action in that case.

2. Should the Court deny Defendants' motion for leave to appeal or should the Court of Appeals decline to hear the appeal, Defendants propose the following briefing schedule:

    a. The parties shall meet within **15 days** after resolution of Defendants' motion for leave to appeal to discuss the scope of discovery on the Rule 23 class certification issue.

    b. The parties may conduct discovery only on class certification-related issues for **45 days** after the parties meet.

    c. Plaintiffs' motion for Rule 23 class certification shall be due **90 days** after the parties meet.

    d. Defendants' opposition to Plaintiffs' motion for Rule 23 class certification shall be due **20 days** after Plaintiffs' motion.

    e. Plaintiffs' reply in support of their motion for Rule 23 class certification shall be due **7 days** after Defendants' opposition.

3. **Based on the Court's April 20, 2007, Order,** Defendants' Answer is due **May 14, 2007**.

4. The parties shall hold a Rule 26(f) scheduling conference within **15 days** after the Court rules on Plaintiffs' motion for Rule 23 class certification.