IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, *et al.* )<br>                                  )<br>         Plaintiffs,   )<br>v.                                 )<br>                                  )<br>INTERSOLUTIONS, INC., *et al.* )<br>                                  )<br>        Defendants.  )<br>_____) | Case No. 06-02032 (EGS)<br>Next event:<br>Status Conference (4/25/07) |

**NOTICE OF PROPOSED RULE 23 CLASS
CERTIFICATION BRIEFING SCHEDULE**

      This Court, at the March 25, 2007 status hearing, set deadlines for the meet and confer and for filing the meet and confer report. Plaintiff submits the following revised proposed briefing schedule, adjusting their previously-proposed dates accordingly.

- <u>Answer</u>: Defendants' answer is due to be filed on **May 14, 2007** (per the Court's April 20 Order).

- <u>Meet and Confer</u>: The parties shall hold a Rule 26(f) scheduling conference and make Rule 26(a) disclosures on or before **May 21, 2007**.

- <u>Meet and Confer Report</u>: The parties will file their Rule 26(f) report by **May 25, 2007**.

- <u>Rule 23 certification motion</u>: Plaintiffs' motion for certification of a Rule 23 class shall be due on or before **August 31, 2007**.

- <u>Rule 23 certification opposition (if any)</u>: Any opposition by defendants to the motion for Rule 23 certification shall be due on or before **September 12, 2007**.

- <u>Rule 23 certification reply (if any)</u>: Any reply by plaintiffs in support of the motion for Rule 23 certification shall be due on or before **September 19, 2007**.

\*   \*   \*

Plaintiffs believe that this schedule is appropriate for the reasons submitted in their April 23, 2007 proposed briefing schedule. Defendants previously proposed a briefing schedule that sought to limit discovery to issues related to certification of the state-law claims. Plaintiffs strongly disagree with so limiting discovery. This case involves claims under the FLSA and under state law, and the federal claims are going forward regardless of what this court determines about the certification of the state law claims. There is no reason to delay discovery on the merits of the FLSA claims while we litigate certification of the state law claims. This is especially true since we expect that any discovery we seek on class certification of the Maryland state law claims will be a subset of the discovery we will seek on the FLSA claims.

Plaintiffs request that this Court enter a briefing schedule in accordance with this Notice.

DATED: April 27, 2007

Respectfully submitted,

\_\_\_\_//s//_____
Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
   Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax: (202) 319-1010

*Counsel for Chanel Cryer, James Byrd, Jonathan Cashwell, and Marc Inman*