**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHANEL CRYER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-2032 (EGS) |
| ) | |
| INTERSOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the parties' proposed orders setting procedures for collective action notices and related briefing, the Court hereby **ORDERS** as follows:

1. Plaintiffs are authorized to send to potential opt-in members of the collective action the "Notice of Lawsuit With Opportunity to Join" ("Notice") and the Consent to Sue form approved by the Court. The Court approves the Consent to Sue form jointly submitted by the parties on April 26, 2007. The Court approves the proposed Notice filed by plaintiffs on April 26, 2007, including all language in Sections 3 and 4. However, plaintiffs shall add the following sentence immediately after the first sentence in Section 4: "You will also be bound by settlement agreements reached between the parties."

2. Plaintiffs' counsel shall be responsible for mailing the Notices and Consent to Sue forms to potential opt-ins.

3. Plaintiffs' counsel shall mail the Notices and Consent to Sue forms by no later than May 3, 2007.

4. Defendants have an ongoing obligation to provide updated contact information to Plaintiffs on potential opt-in members of the collective action.

5. With respect to current InterSolutions employees to whom Notices and Consent to Sue forms are mailed, InterSolutions shall also provide a copy of the Notice and Consent to Sue form to such individuals in every paycheck provided to them during the months of May, June, and July 2007.

6. Potential opt-in members of the collective action shall have until July 30, 2007, to return the opt-in form to Plaintiffs' counsel.  If U.S. Mail is used, return envelopes must be postmarked no later than July 30, 2007.  If a method of transmittal other than U.S. Mail is chosen, it must permit verification that the executed opt-in notice was either (a) placed in transit to plaintiffs' counsel on or before July 30, 2007, or (b) received by plaintiffs' counsel on or before July 30, 2007.

7. In the event any Notice is returned to Plaintiffs' counsel as undeliverable, and Plaintiffs' counsel identifies an alternative address for the potential opt-in, Plaintiffs' counsel may re-send the Notice.  In order to opt-in to the collective action, a potential opt-in who receives such a re-sent Notice

must return it to Plaintiffs' counsel by the earlier of (a) 90 days after the date the Notice was re-sent or (b) August 30, 2007.  Any resent Notice will be modified to reflect the applicable deadline.  If U.S. Mail is used, return envelopes must be post-marked by the earlier of the two dates specified above.  If a method of transmittal other than U.S. Mail is chosen, it must permit verification of the date that the executed opt-in notice was either (a) placed in transit to Plaintiffs' counsel, or (b) received by Plaintiffs' counsel within the time limits set forth in this paragraph.

    8. Plaintiffs' counsel shall provide the following to Defendants' counsel on a weekly basis, beginning May 11, 2007:

> a. PDF images of all Consent to Sue forms and associated post-marked envelopes received during the preceding week.  (The Friday, May 11, transmission shall include all Consent to Sue forms received since the initial mailing.)
>
> b. PDF images of the front of all envelopes for any Notices returned as undeliverable during the preceding week.  Defendants shall provide any updated address information in their possession on a weekly basis.
>
> c. A Microsoft Excel spreadsheet containing the names of all individuals to whom a Notice was re-mailed

      during the preceding week due to a return, including the date of re-mailing.

      d. If there are no new Consent to Sue forms, undeliverable mail, or both, Plaintiffs shall so state on each Friday.

9. Plaintiffs' counsel shall not file any opt-in form post-marked or otherwise delivered to plaintiffs' counsel after July 30, 2007, unless re-mailing was required.  In the case of a re-mailed Notice, no opt-in form postmarked or otherwise transmitted after August 30, 2007, shall be filed.  If there is no postmark or indication of date of transmission, the form shall not be filed.

10. Plaintiffs shall submit to Defendants on or by September 7, 2007, a list in Microsoft Excel format of the names and addresses of all individuals who submitted Consent to Sue forms.

11. Defendants are not prohibited from communicating with their current and former employees.  However, the Court may impose restrictions on communications between defendants and potential class members at a later date if the Court becomes aware of coercive, retaliatory, or otherwise improper communications.

**Signed:**     **Emmet G. Sullivan**
             **United States District Judge**
             **April 30, 2007**