UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
CHANEL CRYER, et al.,          )
                               )
            Plaintiffs,        )
                               )
      v.                       )  Civil Action No. 06-2032 (EGS)
                               )
                               )
INTERSOLUTIONS, INC., et al.,  )
                               )
            Defendants.        )
_____)
```

### ORDER

Upon consideration of the parties' Joint Motion to Extend Deadline to Mail Collective Action Notices and Consent to Sue Forms, it is by the Court hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that should the parties not reach a settlement, plaintiffs' counsel shall mail the collective action notices and consent to sue forms by no later than **May 14, 2007;** and it is

**FURTHER ORDERED** that should the parties not reach a settlement, the statute of limitations shall be tolled effective May 1, 2007 for all FLSA claims.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          May 3, 2007**