UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CHANEL CRYER, *et al.*,             )
                                    )
            Plaintiffs,             )
                                    )
        v.                          ) Civil Action No. 06-2032 (EGS)
                                    )
                                    )
INTERSOLUTIONS, INC., *et al.*,     )
                                    )
            Defendants.             )
_____)

### ORDER

Upon consideration of the parties' representations made by conference call, and by consent of both parties, it is by the Court hereby

**ORDERED** that should the parties not reach a settlement, plaintiffs' counsel shall mail the collective action notices and consent to sue forms by no later than **MAY 16, 2007**; and it is

**FURTHER ORDERED** that should the parties not reach a settlement, the statute of limitations shall be tolled effective May 1, 2007 for all FLSA claims; and it is

**FURTHER ORDERED** that in the event that the parties do not reach a settlement, defendants shall file their answer by no later than **MAY 16, 2007**; and it is

**FURTHER ORDERED** that counsel shall confer and exchange their initial disclosures pursuant to the Court's May 7, 2007 Order by no later than **MAY 23, 2007**; and it is

**FURTHER ORDERED** that counsel shall submit their report pursuant to the Court's May 7, 2007 Order by no later than **MAY 29, 2007**.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
**United States District Judge**
**May 14, 2007**