**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
                                    )
CHANEL CRYER, et al.,               )
                                    )
                Plaintiffs,         )
                                    )
         v.                         )  Civil Action No. 06-2032 (EGS)
                                    )
                                    )
INTERSOLUTIONS, INC., et al.,       )
                                    )
                Defendants.         )
_____)
```

## ORDER

Upon consideration of plaintiffs' Consent Motion for Extension of All Applicable Deadlines, it is by the Court hereby

**ORDERED** that should the parties not reach a settlement, plaintiffs' counsel shall mail the collective action notices and consent to sue forms by no later than **MAY 25, 2007**; and it is

**FURTHER ORDERED** that should the parties not reach a settlement, the statute of limitations shall be tolled effective May 1, 2007 for all FLSA claims; and it is

**FURTHER ORDERED** that in the event that the parties do not reach a settlement, defendants shall file their answer by no later than **MAY 25, 2007**; and it is

**FURTHER ORDERED** that counsel shall confer and exchange their initial disclosures pursuant to the Court's May 7, 2007 Order by no later than **MAY 28, 2007**; and it is

**FURTHER ORDERED** that counsel shall submit their report pursuant to the Court's May 7, 2007 Order by no later than **JUNE 1, 2007**.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**May 16, 2007**