IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, JAMES BYRD, JONATHAN CASHWELL, and MARC INMAN, on behalf of themselves and all others similarly situated<br><br>        Plaintiffs,<br>v.<br><br>INTERSOLUTIONS, INC., DREW GOLIN, and SARAH WALDER<br><br>        Defendants. | Case No. 06-02032 (EGS) |

**ERRATA PLEADING FOR CORRECTION OF FILING ERROR RELATED TO PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Plaintiffs incorrectly submitted by ECF the wrong version of their Unopposed Motion for Approval and Entry of Consent Decree. The correct version of that motion is attached to this errata filing.

DATED: June 6, 2007

                                            Respectfully submitted,

                                            _____
                                            Thomas J. Mikula (D.C. Bar No. 396105)
                                            Adam M. Chud (D.C. Bar No. 468443)
                                            Sarah S. Keast (D.C. Bar No. 493632)
                                            Goodwin Procter LLP
                                            901 New York Avenue, N.W.
                                            Washington, D.C.  20001
                                            Tel.: (202) 346-4000
                                            Fax:  (202) 346-4999

        Susan E. Huhta (D.C. Bar No. 453478)
        Carolyn P. Weiss (D.C. Bar No. 480697)
        Washington Lawyers' Committee for
        Civil Rights and Urban Affairs
        11 Dupont Circle, N.W., Suite 400
        Washington, D.C.  20036
        Tel.: (202) 319-1000
        Fax:  (202) 319-1010

        *Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, JAMES BYRD, ) <br> JONATHAN CASHWELL, and ) <br> MARC INMAN, on behalf of themselves ) <br> and all others similarly situated ) <br>   ) <br>             Plaintiffs, ) <br> v.   ) <br>   ) <br> INTERSOLUTIONS, INC., ) <br> DREW GOLIN, and ) <br> SARAH WALDER ) <br>   ) <br>             Defendants. ) | Case No. 06-02032 (EGS) |

## UNOPPOSED MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiffs hereby move this Court, for the reasons outlined in the accompanying Memorandum in Support filed herewith, for entry of the attached Consent Decree, entered into by the parties.

DATED:  June 6, 2007

Respectfully submitted,

_____
Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C.  20001
Tel.: (202) 346-4000
Fax:  (202) 346-4999

1

        Susan E. Huhta (D.C. Bar No. 453478)
        Carolyn P. Weiss (D.C. Bar No. 480697)
        Washington Lawyers' Committee for
        Civil Rights and Urban Affairs
        11 Dupont Circle, N.W., Suite 400
        Washington, D.C.  20036
        Tel.: (202) 319-1000
        Fax:  (202) 319-1010

        *Counsel for Plaintiffs*