IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL CRYER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-02032-EGS |
| ) | |
| INTERSOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' MOTION TO HOLD IN ABEYANCE
THE COURT'S RULING ON PLAINTIFFS' UNOPPOSED
MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**

Defendants InterSolutions, Inc., Sara Walder, and Drew Golin, through undersigned counsel, hereby submit this motion to inform the Court that Plaintiffs have misled the Court by styling their recent filing as an Unopposed Motion for Approval and Entry of Consent Decree (Motion for Approval) (Docket Nos. 50 and 51-2) and requesting the Court to delay ruling on Plaintiffs' Motion for Approval to permit Defendants to oppose the Motion.

Prior to receiving the filings through the ECF system, Defendants had never seen the Motion for Approval. Nor had Defendants ever seen the Unopposed Memorandum in Support of the Motion for Approval (Docket 50-2). Defendants have conferred with Plaintiffs and the parties have not yet been able to resolve the matter.

Defendants oppose Plaintiffs' Motion for Approval and its Memo in Support and intend to file a formal opposition within the time allotted by the local rules.

Defendants move the Court to hold in abeyance any ruling upon Plaintiffs' Motion for Approval until it has been fully briefed as if it were an opposed motion. Defendants will file an

opposition brief in a time consistent with the Federal Rules of Civil Procedure and the Court's local rules.

    Defendants further move this Court for costs associated with opposing Plaintiffs Unopposed Motion for Approval. Defendants will brief this issue in their opposition.

Dated:  June 6, 2007

                                    Respectfully submitted,

                                    ___/s/_____
                                    Manesh K. Rath (D.C. Bar No. 457835)
                                    *rath@khlaw.com*

                                    Keller and Heckman LLP
                                    1001 G Street, N.W.
                                    Suite 500 West
                                    Washington, D.C.  20001
                                    Tel:  (202) 434-4100
                                    Fax:  (202) 434-4646

                                    Counsel for Defendants