UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANEL CRYER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-2032 (EGS) |
| ) | |
| INTERSOLUTIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Pursuant to the status hearing held on June 13, 2007, it is by the Court hereby

**ORDERED** that plaintiffs' oral motion to withdraw their Unopposed Motion for Approval and Entry of Consent Decree [Dkt. No. 50] is **GRANTED**; and it is

**FURTHER ORDERED** that defendants' Motion to Hold in Abeyance the Court's Ruling on Plaintiffs' Unopposed Motion for Approval and Entry of Consent Decree [Dkt. Nos. 52 and 53] is therefore **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that defendants' oral motion for $1,460 in attorneys' fees is **GRANTED** for the reasons stated in open court; and it is

**FURTHER ORDERED** that $1,460 in attorneys' fees for defendants' counsel shall be subtracted from the total amount of attorneys' fees due and payable to plaintiffs' attorneys pursuant

to the Consent Decree approved and signed by the Court on June 13, 2007.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            June 14, 2007**